IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| CARL E. GUNGOLL EXPLORATION, LLC | § § § | PLAINTIFF |
| v. | § § | CIVIL ACTION NO. 1:07CV991-LG-JMR |
| HORTON PETROLEUM CORPORATION, OAK HILL ENERGY, INC., and RIVERTON EXPLORATION | § § § § | DEFENDANTS |

## JUDGMENT

This matter having come on to be heard on the Motion to Dismiss for Lack of Jurisdiction [5] filed by filed by Defendants, Oak Hill Energy, Inc., and Riverton Exploration, the Court, after a full review and consideration of Defendants' Motion, the pleadings on file, and the relevant legal authority, finds that in accord with the memorandum opinion and order entered herewith,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's claims are hereby dismissed without prejudice.

**SO ORDERED AND ADJUDGED** this the 26th day of November, 2007.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE